**Garnet N. PRICE, Petitioner–Appellant,**

v.

**WARDEN OF THE AUGUSTA CORRECTIONAL CENTER, Respondent–Appellee.**

No. 00–7810.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Michael Morchower, Morchower, Luxton & Whaley, Richmond, VA, for appellant. Kathleen B. Martin, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Garnet N. Price seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have re-

viewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Price v. Warden Augusta Corr. Ctr.*, No. CA–00–439–7 (W.D.Va. Oct. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*